IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHRYSLER GROUP LLC, | |
| Plaintiff | Civil Action No.: 2:11-cv-11074-AJT-MJH |
| v. | Honorable Arthur J. Tarnow |
| MODA GROUP, LLC d/b/a PURE DETROIT; KEVIN BORSAY; and SHAWN SANTO, | Magistrate Michael J. Hluchaniuk |
| Defendants. | |
| MODA GROUP, LLC d/b/a PURE DETROIT, | |
| Counter-Plaintiff | |
| v. | |
| CHRYSLER GROUP LLC, | |
| Counter-Defendant. | |

## **JOINT MOTION TO VACATE ORDER**

The parties have reached a settlement of this matter pursuant to which the parties respectfully jointly request that the Court vacate the Court's June 28, 2011 Order (Dkt. No. 36) in accordance with the proposed order submitted herewith.

1

MODA GROUP, LLC d/b/a PURE DETROIT, KEVIN BORSAY, and SHAWN SANTO

By: DOBRUSIN & THENNISCH PC

/s/ John VanOphem
One of their Attorneys
John VanOphem (P48804)
jvanophem@patentco.com
DOBRUSIN & THENNISCH PC
29 W. Lawrence Street, Suite 210
Pontiac, Michigan 48342
(248) 292-2920

*Attorney for Defendants Moda Group, LLC d/b/a Pure Detroit, Kevin Borsay, and Shawn Santo*

CHRYSLER GROUP LLC

By:  KILPATRICK TOWNSEND & STOCKTON LLP

/s/ Judith A. Powell
One of its Attorneys
Judith A. Powell
jpowell@ktslaw.com
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
(404) 815-6500

*Attorney for Plaintiff/Counter-Defendant Chrysler Group LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHRYSLER GROUP LLC,<br><br>    Plaintiff<br><br>    v.<br><br>MODA GROUP, LLC d/b/a PURE DETROIT;<br>KEVIN BORSAY; and<br>SHAWN SANTO,<br><br>    Defendants. | Civil Action No.: 2:11-cv-11074-AJT-MJH<br><br>Honorable Arthur J. Tarnow<br><br>Magistrate Michael J. Hluchaniuk |
| MODA GROUP, LLC d/b/a PURE DETROIT,<br><br>    Counter-Plaintiff<br><br>    v.<br><br>CHRYSLER GROUP LLC,<br><br>    Counter-Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **JOINT MOTION TO VACATE ORDER** has been served on Defendants by the Court's ECF system on April 25, 2012, which will send notice to the following:

3

- **John A. VanOphem**
  jvanophem@patentco.com

*/s/ Judith A. Powell*
Judith A. Powell
*Attorney for Plaintiff*
*Chrysler Group LLC*

US2008 3433249.1