UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRYSLER GROUP, LLC,

    Plaintiff/Counter-Defendant

v.

MODA GROUP, LLC, ET AL.,

    Defendants/Counter-Plaintiffs
                                  /

Case No.  11-11074

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE MICHAEL J. HLUCHANIUK

## ORDER DISMISSING CASE

On May 11, 2012 the parties submitted a stipulation notifying the court that this case has settled. Pursuant to the stipulation, **IT IS HEREBY ORDERED** that Plaintiff Chrysler Group LLC and Counter-Plaintiff Moda Group LLC's claims are **DISMISSED WITH PREJUDICE**.

    **SO ORDERED.**

                                                  s/Arthur J. Tarnow
                                                  Arthur J. Tarnow
                                                  Senior United States District Judge

Dated: May 16, 2012